## FIRST NATIONAL BANK OF CINCINNATI *v.* COOK.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR
THE SOUTHERN DISTRICT OF OHIO.

No. 182.   Argued January 28, 1878. — Decided February 11, 1878.

The order of the Circuit Court in this case, directing an assignment to the
trustees in bankruptcy of the judgment against the oil company on bills
transferred by the bankrupt to the appellant, is affirmed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

All the questions involved in this case were considered and de-
cided at the present term in *Merchants' National Bank* v. *Cook*, 95
U. S. 342, and *West Philadelphia Bank* v. *Dickson*, 95 U. S. 180,
except that which relates to the order of the Circuit Court direct-
ing an assignment to the trustees in bankruptcy of the judgment
against the Ohio Lard and Sperm Oil Company upon the bills of
that company, transferred by the bankrupt to the appellant with
the other securities, and as to this we see no error in the action of
the court below.   The transfer of these bills as well as the others
was void under the bankrupt law, and the title to them passed to
the trustees in bankruptcy when appointed.   The fact that in the
hands of the bankrupt or his assignees the bills may not be good
against the oil company does not affect this case.   The bills
whether good or bad belonged to the trustees, who have conse-
quently the right to the judgment into which they have been
merged.   Whether the oil company will have the same defences

to the judgment in the hands of the trustees that it would have had to the bills before judgment, is a question which we need not now decide. It is certain that the appellant cannot hold the judgment as against the trustees, any more than it could the bills.

*The decree is affirmed.*

*Mr. T. D. Lincoln* for appellant.

*Mr. George Hoadly* and *Mr. Edgar M. Johnson* for appellees.